**Anthony BARRAZA, Petitioner–
Appellant,**

v.

**Jill BROWN, Warden, Respondent–
Appellee.**

**No. 06–15859.**

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). The request for oral argument is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted July 9, 2007.*

Filed July 13, 2007.

Anthony Barraza, Represa, CA, pro se.

Brian Means, Erik R. Brunkal, AGCA—Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: LEAVY, THOMAS and BERZON, Circuit Judges.

MEMORANDUM **

California state prisoner Anthony Barraza appeals from the district court's judgment denying his 28 U.S.C. § 2254 petition, challenging his conviction for kidnapping and sexual battery. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Barraza contends that he was deprived of his right to due process and to an impartial jury due to juror misconduct. We conclude that the state court's decision that the jury's conduct was insufficient to require setting aside the verdict was neither contrary to nor an unreasonable application of clearly established federal law, as determined by the Supreme Court. *See* 28 U.S.C. § 2254(d); *Smith v. Phillips,* 455 U.S. 209, 217, 102 S.Ct. 940, 71 L.Ed.2d 78 (1982).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.